ABRAHAM MULLER, Appellant, v. EDNA E. ACKERMAN, Respondent, and Others, Defendants.— Order, in so far as an appeal is taken therefrom, denying examination before trial of defendant Ackerman, reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs; the examination to proceed on five days' notice. If the action were for an accounting alone the plaintiff would not be entitled to the examination, but the action is for more than an accounting. The complaint alleges that plaintiff — a coadventurer — has been deprived of his property and its profits through the fraud of respondent, who acted in a fiduciary capacity. Under the circumstances plaintiff was entitled to examine defendant with respect to the items mentioned in the notice of motion. (*Wertheim* v. *Grombecker*, 229 App. Div. 16; *Muller* v. *Ackerman*, 246 id. 639.) Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ., concur.

NEW DORP PARK COMPANY, INC., Respondent, v. CHRISTINE NETZBAND, Defendant, and ANN BRADLEY, Appellant.— In an action brought for the specific performance of a contract for the sale of real property, order granting summary judgment to the plaintiff, under rule 113, subdivision 7, of the Rules of Civil Practice, and the judgment entered thereon, reversed on the law and the facts, with ten dollars costs and disbursements, and the motion for summary judgment denied, with ten dollars costs. We are of the opinion that issues requiring a trial are raised by the answer. We do not on this appeal pass on the question of procedure, but leave the parties to settle that feature of the case by appropriate motions at Special Term. Young, Carswell, Davis, Adel and Taylor, JJ., concur.

SIMON P. PEEREBOOM, Appellant, v. NASSAU & SUFFOLK LIGHTING COMPANY, Respondent.— In an action involving the construction of a written contract for an extension from defendant's gas main to plaintiff's dwelling, order of the County Court of Nassau county dismissing plaintiff's complaint, and the judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Young, Carswell, Davis, Adel and Taylor, JJ.

OSWALD W. POTTER, Appellant, v. HARRY SPIEGEL and Others, Defendants; MORRIS DIAMOND, Respondent.— Action to set aside two judgments and to retransfer to plaintiff certain shares of stock in two corporations. Judgment dismissing complaint, pursuant to an order granting motion for judgment on the pleadings, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Hagarty, Carswell, Davis, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. N. W. MINUSE & Co., INC., NORMAN W. MINUSE and JOSEPH E. H. PELLETIER, Respondents.— In an action brought by the Attorney-General in the name of the People of the State of New York for an injunction under section 353 of the so-called Martin Act, article 23-A of the General Business Law, judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Young, Carswell, Davis, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AUGUST WOLF, JR., Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting the defendant of violating section 436 of the Penal Law, unanimously affirmed. No opinion. Present — Hagarty, Carswell, Davis, Johnston and Taylor, JJ.